**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                    CHAPTER 13 CASE:

MARY E. BENSON                                       04-01327-NPO

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| MARY E. BENSON | P.O. BOX 752<br>FLORA, MS 39071 | $2168.93 |
|  |  |  |
|  |  |  |

DATED:     7/14/10                                   Respectfully submitted,

                                                     /s/James L. Henley, Jr.
                                                     James L. Henley, Jr., MSB #9909
                                                     Chapter 13 Trustee
                                                     PO  Box 31980
                                                     Jackson, MS 39286
                                                     (601) 981-9100


CC:    BOND & BOTES OF MS, PC
       130 SOUTHPOINTE DR. STE. D
       BYRAM, MS 39272